■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY RAY, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Pesce, J.), rendered April 9, 1984, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RIVERA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Marano, J.), rendered April 16, 1984, convicting him of manslaughter in the first degree and assault in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.